Manuel Krupit, Appellee, v. J. L. Younghusband et al., Appellants, and Associated Distributors, Inc., Defendant.

Gen. No. 45,126.

Petit, Olin & Overmyer, for appellants; Henry W. Kenoe and Raphael Fine, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed December 12, 1950; released for publication January 17, 1951.

Van Huffel Tube Corporation, Appellee, v. Samuel M. Sher, Trading as Samuel M. Sher Company, Appellant.

Gen. No. 45,144.